**A CERTIFIED TRUE COPY**

SEP 17 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 30 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1804

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 20 2007

### IN RE Stand 'n Seal Products Liability Litigation

*Jacqueline Birdsall v. Roanoke Companies Group, Inc., et al.*, D. Colorado,
C.A. No. 1:07-1738

*Dorothy Paszak v. Roanoke Companies Group, Inc., et al.*, D. Colorado,
C.A. No. 1:07-1740

## CONDITIONAL TRANSFER ORDER (CTO-9)

On January 5, 2007, the Panel transferred ten civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 469 F.Supp.2d 1351 (J.P.M.L. 2007). Since that time, 16 additional actions have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of January 5, 2007, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 17 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2007

GREGORY C. LANGHAM
CLERK

ATTEST: A TRUE COPY
CERTIFIED THIS
SEP 20 2007
James N. Hatten, Clerk
By: Deputy Clerk

## INVOLVED COUNSEL LIST (CTO-9)
## MDL NO. 1804
## IN RE Stand 'n Seal Products Liability Litigation

Richard B. Gavend
Law Offices of Richard B. Gavend, PC
3515 South Tamarac Drive
#200
Denver, CO 80237

James E. Goldfarb
Senter, Goldfarb & Rice, LLC
1700 Broadway
# 1700
Denver, CO 80222

John P. MacNaughton
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

Charles M. McGivney
McGivney & Kluger, P.C.
80 Broad Street
23rd Floor
New York, NY 10004

Andrew R. McLetchie
Fowler, Schimberg & Flanagan, PC
1640 Grant Street
Suite 300
Denver, CO 80203

Albert H. Parnell
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243

Michael A. Patrick
Patrick Law Firm, LLC
111 East Indiana Ave.
Berthoud, CO 80513

James Popson
Sutter, O'Connell & Farchione
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114

Edward B. Ruff, III
Pretzel & Stouffer, Chtd.
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673