IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01740-WYD-MEH

DOROTHY PASZAK,

    Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC. d/b/a Tile Perfect, Inc.,
HOME DEPOT U.S.A., INC.,
INNOVATIVE CHEMICAL TECHNOLOGIES, INC.,
AEROFIL TECHNOLOGY, INC., and
SLR, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 30, 2010.**

    In the interests of justice pursuant to Fed. R. Civ. P. 15(a), the Plaintiff's unopposed[1] Motion for Leave to File First Amended Complaint [filed July 19, 2010; docket #55] is **granted**. The Clerk of the Court is directed to file the First Amended Complaint found at docket #55-2. Defendants shall file an answer or other response to the First Amended Complaint in accordance with Fed. R. Civ. P. 15(a).

---

[1] *See* docket #62.