IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01740-WYD-MEH

DOROTHY PASZAK,

    Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC., a/k/a and/or d/b/a TILE PERFECT, INC.;
HOME DEPOT U.S.A., INC.;
INNOVATIVE CHEMICAL TECHNOLOGIES, INC.;
AEROFIL TECHNOLOGY, INC.;
SLR, INC., d/b/a EASY CARE PRODUCTS,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties', Plaintiff Dorothy Paszak and Defendant Innovative Chemical Technologies, Inc., Stipulated Motion for Dismissal with Prejudice filed on July 26, 2010 [ECF No. 58]. Based on that stipulation, it is

ORDERED that all claims against Defendant Innovative Chemical Technologies, Inc are hereby **DISMISSED WITH PREJUDICE** , with each party to bear their own costs and attorneys' fees.

Dated this 4th day of August, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE