IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-01740-WYD-MEH

DOROTHY PASZAK,

    Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC.,
HOME DEPOT U.S.A., INC.,
AEROFIL TECHNOLOGY, INC.,
SLR, INC., and
ORTEC, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 26, 2010.**

    The Motion to be Excused from Settlement Conference for Cross Claimant SLR, Inc. [filed August 25, 2010; docket #75] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail). The motion reflects that Defendant has had contact with only some of the parties in this case.

    Moreover, the motion seeks an order excusing *counsel* for SLR, Inc. from the conference; however, as in all cases before this Court, the Court's order setting the conference requires the presence of the *parties* (persons with full settlement authority) and/or their counsel for settlement negotiations.