IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-01740-WYD-MEH

DOROTHY PASZAK,

     Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC.,
HOME DEPOT U.S.A., INC.,
AEROFIL TECHNOLOGY, INC.,
SLR, INC., and
ORTEC, INC.,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 27, 2010.**

     The Amended Motion for SLR, Inc., its Representatives and Counsel to be Excused from Settlement Conference [filed August 26, 2010; docket #78] is **granted**. Defendant/Cross Claimant SLR, Inc. is excused from participating in the settlement conference scheduled to occur August 30 and 31 and September 14 and 15, 2010.