IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-01740-WYD-MEH

DOROTHY PASZAK,

    Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC.,
HOME DEPOT U.S.A., INC.,
AEROFIL TECHNOLOGY, INC.,
SLR, INC., and
ORTEC, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 26, 2010.**

    Defendant Innovative Chemical Technologies, Inc.'s Unopposed Motion to be Excused from Settlement Conference [filed August 25, 2010; docket #73] is **granted**. Defendant Innovative Chemicals is excused from participating in the Settlement Conference scheduled to occur August 30 and 31, and September 14 and 15, 2010, in this case.