IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01740-WYD-MEH

DOROTHY PASZAK,

    Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC.;
HOME DEPOT U.S.A., INC.;
SLR, INC.;
AEROFIL TECHNOLOGY, INC.;
INNOVATIVE CHEMICAL TECHNOLOGIES, INC.;
ORTEC, INC.

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Plaintiff's Stipulation and Consent Order of Dismissal With Prejudice of Roanoke Companies Group, Inc., Home Depot U.S.A., Inc., SLR, Inc., Aerofil Technologies, Inc., Innovative Chemical Technologies, Inc. And Ortec Pursuant to FRCP 41(a)(2) [ECF No. 93], filed March 4, 2011.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and that this case, including all claims and cross claims, should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice [ECF No. 93] is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated: March 16, 2011

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          Chief United States District Judge